# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| FOSTEEN LORETTA FRYE, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:17-cv-01466 |
| | ) CHIEF JUDGE CRENSHAW |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is a Report and Recommendation (Doc. No. 17) in which the Magistrate Judge recommends denying the Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 14) and affirming the decision of the Commissioner. No objection has been timely filed despite specific warnings regarding waiver that were provided to Plaintiff in the Report and Recommendation.

The Court has carefully reviewed the Report and Recommendation and agrees with the Magistrate Judge's analysis. Accordingly, the Report and Recommendation (Doc. No. 17) is **APPROVED AND ADOPTED**. The Motion for Judgment on the Administrative Record (Doc. No. 14) is **DENIED** and the final decision of the Commissioner is **AFFIRMED**. The Clerk shall issue a final judgment under the Federal Rules of Civil Procedure and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE